IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DREMAYNE WILLIAMS, | § | |
| Plaintiff, | § | |
| v. | § | 2:24-CV-40-Z-BR |
| UNKNOWN DEFENDANTS, | § | |
| Defendants. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the Complaint pursuant to 42 U.S.C. § 1983 filed by Plaintiff (ECF No. 5). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case be **DISMISSED** without prejudice.

**SO ORDERED**.

May 16, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE